# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPIN CYCLE COIN LAUNDRY, a business of unknown form; LAVAN PROPERTY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 18-9854-DMG (ASx)<br><br>**ORDER DISMISSAL WITH PREJUDICE [24]** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Spin Cycle Coin Laundry and Lavan Property, LLC ("Defendants"), and good cause appearing, the Court hereby dismisses with prejudice the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 18, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE